THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY GHAFFARI,

    Plaintiff,

v.      3:13-CV-2988
(JUDGE MARIANI)

WELLS FARGO BANK, N.A., et al.,

    Defendants.

### ORDER

AND NOW, THIS __19th__ DAY OF NOVEMBER, 2014, upon consideration of Defendant Wells Fargo's Motion to Dismiss (Doc. 63), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Wells Fargo's Motion to Dismiss (Doc. 63) is **GRANTED**.

2. Counts II-VI of the Amended Complaint (Doc. 42) are **DISMISSED WITH PREJUDICE**.

3. The Clerk of the Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge